FRANK D. GALLIK, Plaintiff, v. PEPSI COLA NEW YORK BOTTLING COMPANY, INC., Defendant.

City Court of New York, Special Term, New York County, June 1, 1943.

*Thomas O. Perrella* and *John P. Smith* for defendant.

*Max M. Meltzer* for plaintiff.

KAHN, J. The action will not be dismissed for lack of prosecution while the plaintiff is in the armed forces. The motion is denied with leave to renew if it be shown that plaintiff is no longer in the army.